IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL PLATTE NATURAL RESOURCES DISTRICT, | ) ) ) | |
| | ) | 4:09CV3198 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and FARM SERVICE AGENCY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Based on the parties' Rule 26(f) Report, this case raises an issue of law which will likely be resolved on an administrative record, and without discovery. In addition, the plaintiff is currently considering whether to move for leave to file an amended complaint. Accordingly,

1)   The court will not presently enter a final progression order for this case.

2)   The plaintiff is given until January 15, 2010 to move to file an amended complaint. Any motion filed shall state whether the government opposes plaintiff's motion for leave to amend.

DATED this 5th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge