IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL PLATTE NATURAL RESOURCES DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3198 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and FARM SERVICE AGENCY, | ) ) ) | ORDER ON DEFENDANTS' MOTIONS FOR EXTENSION OF TIME |
| Defendants. | ) ) ) ) | |

IT IS ORDERED that:

1.      the Defendant's Motion to Strike Filing 27, filing 29, is granted;

2.      the plaintiff shall file and serve its response to the Defendants' Motion for Extension of Time, filing 30, on or before June 11, 2010.

Dated May 27, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge