IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL PLATTE NATURAL RESOURCES DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3198 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and FARM SERVICE AGENCY, | ) ) ) ) | ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO GMDA'S AMICUS BRIEF |
| Defendants. | ) ) | |

IT IS ORDERED that the Defendants' Motion for Extension of Time to Respond to GMDA's Amicus Brief, filing 39, is granted, and the defendants shall have on or before July 22, 2010, to file and serve their response to GMDA's Amicus Brief.

Dated July 12, 2010.

BY THE COURT


s/   Warren K. Urbom
United States Senior District Judge