IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL PLATTE NATURAL RESOURCES DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3198 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and FARM SERVICE AGENCY, | ) ) ) ) | JUDGMENT |
| Defendants. | ) ) | |

In accordance with the "Memorandum and Order on Defendants' Motion to Dismiss and Motion for Summary Judgment":

**IT IS ORDERED** that judgment is entered in favor of the defendants and against the plaintiff.

Dated September 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

1