# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL PLATTE NATURAL RESOURCES DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>　and<br><br>FARM SERVICE AGENCY,<br><br>　　　　　Defendants. | CASE NO. 4:09cv3198<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given this 5th day of October, 2010, that Central Platte Natural Resources District ("Plaintiff") hereby appeals to the Eighth Circuit Court of Appeals from the Order of this Court (Docket No. 42) and Judgment (Docket No. 43) entered on the 8th day of September, 2010, in favor of Defendants against said Plaintiff.

　　　　Respectfully submitted this 5th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　**s/ Thomas R. Wilmoth**
　　　　　　　　　　　　　　　　　　　　　　　　　Nebraska Bar No.  22518
　　　　　　　　　　　　　　　　　　　　　　　　　Donald G. Blankenau
　　　　　　　　　　　　　　　　　　　　　　　　　Nebraska Bar No.  18528
　　　　　　　　　　　　　　　　　　　　　　　　　BLANKENAU WILMOTH LLP
　　　　　　　　　　　　　　　　　　　　　　　　　206 South 13th Street, Suite 1425
　　　　　　　　　　　　　　　　　　　　　　　　　Lincoln, NE  68508-2002
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 402.475.7080
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 402.475.7085
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: tom@aqualawyers.com
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: don @aqualawyers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Donald G. Blankenau**
don@aqualawyers.com; sharon@aqualawyers.com

**Benjamin E. Griffith**
bgriff@griffithlaw.net; glenda@griffithlaw.net; jlofton@griffithlaw.net; danny@griffithlaw.net

**Robert L. Homan**
robert.homan@usdoj.gov; robin.schultz@usdoj.gov; usane.ecfcivoma@usdoj.gov

**Thomas R. Wilmoth**
tom@aqualawyers.com; sharon@aqualawyers.com

      I further certify that I caused to be sent on the same date, via U.S. Mail, First Class, postage prepaid, copies of the Notice of Appeal, Form A, and Form B, to the following:

Robert L. Homan
U.S. Department of Justice
1620 Dodge St., Ste. 1400
Omaha, NE  68102-1506

      **/s/ Thomas R. Wilmoth**
Nebraska Bar No.  22518
Donald G. Blankenau
Nebraska Bar No.  18528
Attorneys for Plaintiff
BLANKENAU WILMOTH LLP
206 South 13th Street, Suite 1425
Lincoln, NE  68508
Telephone: (402) 475-7080
Facsimile:  402-475-7085
E-Mail: tom@aqualawyers.com
E-mail: don @aqualawyers.com