# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOTICE OF APPEAL (NOA) SUPPLEMENT
### DISTRICT OF NEBRASKA

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:

Central Platte Natural Resources District v. United States Department of Agriculture, et al.

**Case Number**:

4:09cv3198-WKU

**Appellant**:

Central Platte Natural Resources District

**Attorney(s)**:

**Thomas R. Wilmoth and**

**Donald G. Blankenau**

BLANKENAU, WILMOTH LAW FIRM
206 South 13th Street
Suite 1425
Lincoln, NE 68508-2002

**Appellee:**

United States Department of Agriculture and Farm Service Agency

**Attorney(s)**:

**Robert L. Homan**

U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

**Court Reporter(s)**:

N/A

**Please return files and documents to**:

Lincoln, Nebraska

**Person to contact about the appeal**:

Jeri A. Bierbower

| Length of Trial | Fee | IFP | Pending IFP Motion |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**

**Please list all other defendants in this case if there were multiple defendant**

**Special Comments**: **Appellant's Forms A and B are attached to the Notice of Appeal.**